# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
MICHAEL ZACHMANN and ARIEL
ULBERG, individually and on behalf of all
others similarly situated,

       Plaintiffs,      20 **CIVIL** 9146 (VB)

  -against-          **JUDGMENT**

THE COLEMAN COMPANY INC.,

       Defendant.
-------------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 18, 2022, the motion to dismiss is GRANTED; accordingly, this case is closed.

**Dated:** New York, New York
    January 19, 2022

                RUBY J. KRAJICK
                _____
                Clerk of Court
           BY:
                Deputy Clerk